**E-filed 8/1/05**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEORGE HARBICK,

Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, et al.

Defendant.

No. C 05-00515 JF MRI.

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

ADR CERTIFICATION

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration  ☐ ENE  ☐ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☒ Private ADR *(please identify process and provider)*

The Honorable Edward Infante (Ret.) J.A.M.S.

Dated: 7/25/05    _____
                   Attorney for Plaintiff

Dated: 7/25/05    _____
                   Attorney for Defendant

IT IS SO ORDERED:

Dated: 7/29/05    Jeremy Fogel /s/electronic signature authorized
                   UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION

## SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel.)*

Dated: _____     [Typed name and signature of plaintiff]

Dated: _____     [Typed name and signature of counsel for plaintiff]

Dated: 7/21/05     *[signature]*
                   [Typed name and signature of defendant]
                   KATHLEEN K. TICE on behalf of Defendant
                   Life Insurance Company of North America

Dated: _____     [Typed name and signature of counsel for defendant]
                            CAROLYN A. KNOX

United States District Court
For the Northern District of California

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION
2
REV. 1/05

SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

(Note: This Certification must be signed by each party and its counsel.)

Dated: 7/25/05        [Typed name and signature of plaintiff]
                      GEORGE HARBICK

Dated: 7/25/05        [Typed name and signature of counsel for plaintiff]
                      CHARLES B. PERKINS

Dated: _____        [Typed name and signature of defendant]
                      KATHLEEN K. TICE

Dated: 7/20/05        [Typed name and signature of counsel for defendant]
                      CAROLYN A. KNOX

United States District Court
For the Northern District of California

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION
2