1   SEYFARTH SHAW LLP
    Carolyn A. Knox (SBN 181317)
2   E-mail: cknox@seyfarth.com
    Krista L. Mitzel (SBN 221002)
3   E-mail: kmitzel@seyfarth.com
    560 Mission Street, Suite 3100
4   San Francisco, California 94105
    Telephone: (415) 397-2823
5   Facsimile: (415) 397-8549

6   Attorneys for Defendants                          **E-filed 8/1/05**
    LIFE INSURANCE COMPANY OF NORTH
7   AMERICA and EL CAMINO HOSPITAL LONG
    TERM DISABILITY INCOME PLAN

8
    FLYNN, ROSE & PERKINS
9   Charles B. Perkins (SBN: 126942)
    E-mail: cbperk@earthlink.net
10  59 N. Santa Cruz Avenue, Suite Q
    Los Gatos, CA  95030
11  Telephone:  (408) 399-4566

12  Attorneys for Plaintiff
    GEORGE HARBICK
13

14              UNITED STATES DISTRICT COURT

15        IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

16  GEORGE HARBICK,                    )  Case No. C 05-00515 JF HRL
                                       )
17          Plaintiff,                 )  **JOINT STIPULATION TO
                                       )  PARTICIPATE IN PRIVATE
18      v.                             )  MEDIATION AND TO CONTINUE
                                       )  CASE MANAGEMENT CONFERENCE
19  LIFE INSURANCE COMPANY OF NORTH    )  AND [PROPOSED] ORDER**
    AMERICA and EL CAMINO HOSPITAL     )
20  LONG TERM DISABILITY INCOME PLAN,  )
                                       )
21          Defendants.                )
    _____)
22

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

| | |
|---|---|
| 1 | Plaintiff GEORGE HARBICK and Defendants LIFE INSURANCE COMPANY OF |
| 2 | NORTH AMERICA and EL CAMINO HOSPITAL LONG TERM DISABILITY INCOME |
| 3 | PLAN, are currently scheduled to participate in a case management conference on Friday, |
| 4 | August 5, 2005.  However, the parties agree and jointly stipulate to participate in private |
| 5 | mediation and request that the court vacate the August 5, 2005 case management conference. |
| 6 | Should this matter not settle at mediation, the parties request that the case management |
| 7 | conference be continued to Friday, December 9, 2005 at 10:30 a.m.  The parties will file a joint |
| 8 | case management conference statement by Friday, December 2, 2005. |

DATED: July 28, 2005

SEYFARTH SHAW LLP


By _____
        Carolyn A. Knox
        Krista L. Mitzel

Attorneys for Defendants
LIFE INSURANCE COMPANY OF
NORTH AMERICA AND EL CAMINO
HOSPITAL LONG TERM DISABILITY
INCOME PLAN

DATED: July 28, 2005

FLYNN, ROSE & PERKINS


By _____
        Charles B. Perkins

Attorneys for Plaintiff
GEORGE HARBICK

## ORDER

TO THE PARTIES OF RECORD:

Having reviewed the parties' Joint Stipulation to Participate in Private Mediation and [Proposed] Order and good cause showing;

THE COURT HEREBY ORDERS AS FOLLOWS:

1.      The case management conference, scheduled for Friday, August 5, 2005, is VACATED and the parties shall be allowed to participate in private mediation.   The parties are ordered to notify the Court should this matter settle.

2.      Should this matter not settle at mediation, the case management conference is continued to Friday, December 9, 2005 at 10:30 a.m.  The parties will file a joint case management conference statement by Friday, December 2, 2005.

IT IS SO ORDERED.

DATED:  8/1                , 2005       /s/electronic signature authorized
                                        Judge Jeremy Fogel
                                        United States District Court

STIPULATION TO PARTICIPATE IN PRIVATE MEDIATION/Case No. C 05-00515 JF HRL
SF1 28215979.1

1    Plaintiff GEORGE HARBICK and Defendants LIFE INSURANCE COMPANY OF

2  NORTH AMERICA and EL CAMINO HOSPITAL LONG TERM DISABILITY INCOME

3  PLAN, are currently scheduled to participate in a case management conference on Friday,

4  August 5, 2005. However, the parties agree and jointly stipulate to participate in private

5  mediation and request that the court vacate the August 5, 2005 case management conference.

6    Should this matter not settle at mediation, the parties request that the case management

7  conference be continued to Friday, December 9, 2005 at 10:30 a.m. The parties will file a joint

8  case management conference statement by Friday, December 2, 2005.

9  DATED: July 28, 2005                      SEYFARTH SHAW LLP

12                        By_____
                             Carolyn A. Knox
                             Krista L. Mitzel

14                        Attorneys for Defendants
                       LIFE INSURANCE COMPANY OF
                       NORTH AMERICA AND EL CAMINO
                       HOSPITAL LONG TERM DISABILITY
                       INCOME PLAN

16 DATED: July 28, 2005                      FLYNN, ROSE & PERKINS

18                        By_____
                            Charles B. Perkins

20                        Attorneys for Plaintiff
                       GEORGE HARBICK