1  CHARLES B. PERKINS  #126942
   FLYNN, ROSE & PERKINS                        **E-filed 8/25/05**
2  59 North Santa Cruz Avenue, Suite Q
   Los Gatos, California 95030
3  (408) 399-4566

4  Attorneys for Plaintiff
   GEORGE HARBICK

5

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10  GEORGE HARBICK,                     )    Case No. C05 00515 JF
                                        )
11                  Plaintiff,          )
                                        )
12  vs.                                 )    STIPULATION TO FILE FIRST AMENDED
                                        )    COMPLAINT AND (PROPOSED) ORDER
13  LIFE INSURANCE COMPANY OF NORTH )
    AMERICA and EL CAMINO HOSPITAL      )
14  LONG TERM DISABILITY INCOME         )
    PLAN                                )
15                                      )
                    Defendants.         )
16                                      )
                                        )

17

18      Plaintiff George Harbick and Defendant, Life Insurance Company of North America, by

19  and through their counsel of record, hereby stipulate as follows:

20      WHEREAS, the Complaint in this matter was originally filed on the theory that Plaintiff's

21  claims were subject to the Employee Retirement Income Security Act of 1974, *29 U.S.C.§1001, et*

22  *seq. ("ERISA");* and,

23      WHEREAS, the parties have subsequently determined that Plaintiff's claims are not

24  subject to ERISA because the disability insurance policy under which benefits are claimed was

25  issued to Governmental Agency, as defined by *29 U.S.C.§1002(32)*, and is therefore exempt from

26  ERISA pursuant to *29 U.S.C.§1003(b)(1)*; and,

27      WHEREAS, this court has continuing jurisdiction of this matter under *29 U.S.C.§1332* as

28  a controversy between citizens of different states where the amount in controversy exceeds

1  $75,000.00;

2       NOW, THEREFORE, the parties hereby stipulate that Plaintiff may file his First

3  Amended Complaint, asserting claims under California law, and dropping El Camino Hospital

4  Long Term Disability Income Plan as a Defendant.

5       IT IS SO STIPULATED.

6       DATE: August 11, 2005                    FLYNN, ROSE & PERKINS

7                                                By _Charles B Perkins_

8                                                CHARLES B. PERKINS

9                                                Attorney for Plaintiff
                                                 GEORGE HARBRICK

10

11      DATE: August 10, 2005                    SEYFARTH SHAW LLP

12                                               By _Carolyn A. Knox_

13                                               CAROLYN A. KNOX

14                                               Attorney for Defendant

15                                               LIFE INSURANCE COMPANY OF
                                                 NORTH AMERICA and EL CAMINO
16                                               HOSPITAL LONG TERM DISABILITY
                                                 INCOME PLAN

17                              ORDER

18      Having reviewed the Stipulation of the parties, and good cause appearing, it is hereby

19  ordered that Plaintiff shall have leave to file his First Amended Complaint.

20      IT IS SO ORDERED.

21      DATE: August _25 2005                    /s/electronic signature authorized

22                                               JUDGE JEREMY FOGEL

23

24

25

26

27

28