**E-filed 11/21/05**

1  SEYFARTH SHAW LLP
   Carolyn A. Knox (SBN 181317)
2  E-mail: cknox@seyfarth.com
   Krista L. Mitzel (SBN 221002)
3  E-mail: kmitzel@seyfarth.com
   560 Mission Street, Suite 3100
4  San Francisco, California 94105
   Telephone: (415) 397-2823
5  Facsimile: (415) 397-8549

6  Attorneys for Defendants
   LIFE INSURANCE COMPANY OF NORTH
7  AMERICA and EL CAMINO HOSPITAL LONG
   TERM DISABILITY INCOME PLAN
8
   FLYNN, ROSE & PERKINS
9  Charles B. Perkins (SBN: 126942)
   E-mail: cbperk@earthlink.net
10 59 N. Santa Cruz Avenue, Suite Q
   Los Gatos, CA  95030
11 Telephone:  (408) 399-4566

12 Attorneys for Plaintiff
   GEORGE HARBICK
13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16 GEORGE HARBICK,                       )  Case No. C 05-00515 JF HRL
                                         )
17          Plaintiff,                   )
                                         )  **STIPULATION OF DISMISSAL WITH
18                                       )  PREJUDICE AND [PROPOSED]
       v.                                )  ORDER, PURSUANT TO FED.R.CIV.P.
19                                       )  41(a)**
   LIFE INSURANCE COMPANY OF NORTH       )
20 AMERICA and EL CAMINO HOSPITAL        )
   LONG TERM DISABILITY INCOME PLAN,     )
21                                       )
            Defendants.                  )
22                                       )
                                         )
23

24      Plaintiff George Harbick ("Plaintiff") and Defendants Life Insurance Company of North

25 America and El Camino Hospital Long Term Disability Income Plan have reached a resolution

26 of this matter.  The parties agree to dismiss this action in its entirety with prejudice, pursuant to

27 Fed.R.Civ.P. 41(a).  Each party shall bear its own fees and costs.

28

1
Stipulation of Dismissal with Prejudice and [Proposed] Order/Case No. C 05-00515 JF HRL

1  The parties seek the Court's approval of dismissal of this action with prejudice through
2  the order listed *infra*.
3  DATED: November 16, 2005                SEYFARTH SHAW LLP
4
5                                          By /s/ Carolyn A. Knox
6                                             Carolyn A. Knox
                                               Krista L. Mitzel
7
                                            Attorneys for Defendants
8                                           LIFE INSURANCE COMPANY OF
                                            NORTH AMERICA AND EL CAMINO
9                                           HOSPITAL LONG TERM DISABILITY
                                            INCOME PLAN
10
11 DATED: November 16, 2005                 FLYNN, ROSE & PERKINS
12
13                                          By /s/ Charles B. Perkins
                                               Charles B. Perkins
14
                                            Attorneys for Plaintiff
15                                          GEORGE HARBICK
16 **IT IS SO ORDERED:**
17
18 Date: 11/21/05                            /s/electronic signature authorized
                                            HONORABLE JEREMY FOGEL
19                                          UNITED STATES DISTRICT COURT JUDGE
20
21
22
23
24
25
26
27 SF1 28224345.1
28